FILED
2012 Apr-30 PM 12:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JIMMY LEE WEBB**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:11-cv-03814-AKK-JEO |
| | ) |
| **ANNETTE MANNING HALL**, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on March 22, 2012, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DONE this the 30th day of April, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE